HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIAN STAN HINDMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN STAN HINDMAN,<br><br>Defendant. | Case No. 1:25-mj-00091-BAM<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER<br><br>Date:   October 28, 2025<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Brian Stan Hindman, that the Court may continue the preliminary examination currently scheduled for October 14, 2025, at 2:00 p.m. to October 28, 2025, at 2:00 p.m.

Mr. Hindman made his initial appearance on the Criminal Complaint on August 27, 2025. *See* Doc. 8. At that time, a preliminary hearing was set for September 10, 2025, at 2:00 p.m. *Id.* Following a detention hearing held on August 29, 2025, Mr. Hindman was ordered detained pending the resolution of his case. *See* Doc. 11. At that time, the Court found good cause to continue the preliminary hearing until October 14, 2025 at 2:00 p.m. based on the parties representation that they were in negotiations to resolve the matter. *Id.*

1  At this time, the parties remain in negotiations to resolve the matter. However, given
2  counsel's respective workloads, as well as the restrictions imposed during the current government
3  shutdown, the parties require additional time to formalize the resolution. Accordingly, the parties
4  are requesting that the preliminary hearing currently scheduled for October 14, 2025, be continued
5  to October 28, 2025, to allow for the matter to be resolved. Pursuant to Federal Rule of Criminal
6  Procedure 5.1, Mr. Hindman consents to hold the preliminary examination outside of the time set
7  forth in the federal rules and the parties agree that good cause exists to do so in this case.

Respectfully submitted,

ERIC GRANT
Acting United States Attorney

Date: October 1, 2025        */s/ Arelis Clemente*
                             ARELIS CLEMENTE
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Date: October 1, 2025        */s/ Kara R. Ottervanger*
                             KARA R. OTTERVANGER
                             Assistant Federal Defender
                             Attorney for Defendant
                             BRIAN STAN HINDMAN

**O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing set for October 14, 2025, at 2:00 p.m. is continued to October 28, 2025, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __October 1, 2025__        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

Hindman – Stipulation
and Proposed Order

3