1  ERIC GRANT
United States Attorney
2  ARELIS M. CLEMENTE
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          CASE NO.  1:25-CR-00193-JLT-SKO

                       Plaintiff,      STIPULATION RE INITIAL APPEARANCE,
11                                     ARRAIGNMENT ON INFORMATION, AND
                    v.                 CHANGE OF PLEA HEARING
12
BRIAN STAN HINDMAN,
13
                       Defendant.
14

15        IT IS HEREBY STIPULATED between the parties that the defendant, Brian Stan Hindman, has

16  been charged in this case by Information.  ECF 19.  The parties have filed a plea agreement to resolve

17  the case pre-indictment.  ECF 20.  The parties request that the Court set an initial appearance,

18  arraignment on the Information and change-of-plea Hearing for October 27, 2025, at 9:00 a.m., before

19  the Honorable Jennifer L. Thurston.  The Court previously excluded time under the Speedy Trial Act

20  through October 28, 2025, for purposes of defense preparation and continunity of defense counsel

    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  ECF 18.

21                                     Respectfully submitted,

22

23        Dated: October 16, 2025          /s/ Kara Ottervanger
                                           KARA OTTERVANGER
24                                         Counsel for Brian Stan Hindman

25        Dated:  October 16, 2025

26                                         /s/ Arelis M. Clemente
                                           ARELIS M. CLEMENTE
27                                         Assistant United States Attorney

28

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00193-JLT-SKO |
| Plaintiff, | ORDER RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |
| v. | |
| BRIAN STAN HINDMAN, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, an initial appearance, arraignment on the Information, and change-of-plea hearing is set for **October 27, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston**.  The preliminary hearing set for October 28, 2025 is vacated. Time under the Speedy Trial Act has already been excluded through October 28, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:   **October 16, 2025**          /s/ *Barbara A. McAuliffe*          
                                            UNITED STATES MAGISTRATE JUDGE